No. 524
PRITZ v. MESSER et al
Superior Court of Cincinnati
No. 59089

874. ORDINANCE—(1) Zoning ordinance of Cincinnati held constitutional.

(2) Injunction may be had by any person who suffers special damage on account of violation of Zoning Ordinance.

(3) Wherever irreparable injury will be suffered, an injunction will lie for infraction of ordinance.

(4) Adjacent owner is entitled to restraining order.

(5) Where the plans are submitted in compliance with Zoning Ordinance, they must be plans possible of construction.

(6) A permit issued for erection of building which cannot possibly be erected under plans, is void.

MARX, J. Epitomized Opinion
Published Only in Ohio Law Abstract

This was an action by Emelie Pritz to enjoin one Frank Messer and others from the erection of an eleven story apartment building on a lot adjacent to the former's lot in violation of the Zoning Ordinance of the City of Cincinnati, which prohibited the erection of apartments in that locality. The plaintiff in her petition not only claimed that there was a violation of the Ordinance, but also that the permit was invalid because it did not comply with the provisions of the Ordinance. In granting the relief prayed for, the court held:

1. The Zoning Ordinance of the City of Cincinnati is valid. (Santaggelo v. Cincinnati, No. 59087, Superior Court.)

2. Where plaintiff shows that he will sustain special damages if defendant is permitted to erect a proposed building in violation of zoning resolutions, he is entitled to equitable aid in enjoining the same.

3. An injunction will issue to prevent the erection of a building in violation of a Zoning Ordinance, though it is not negligence per se, if the person seeking such injunction shows that its ereection will work special or irreparable injury to them or their property.

4. An adjacent property owner is entitled to an injunction to prevent the erection of an apartment building in violation of a Zoning Ordinance.

5. Where a Zoning Ordinance requires the submission of certain plans and specifications, the "submitted" plans must be practical and of such a nature that a building could be built from the same.

Attorneys—Clore, Schwab & McCaslin and Henry B. Striet, for Pritz; Heintz & Heintz and Landon Forchheimer, for Messer et al.

# Ohio Courts of Appeals

### DECIDE AT LEAST

# 1000 CASES A YEAR

### THE LAWYER DOES NOT GET OUTSIDE THE

# Abstract's Advance Opinions

To Get Complete Access to and Full Use of All of Them

### CONSULT

# The Current Abstract Digest

This Digest Service is Now Being Extended And It Will be Issued in

# Monthly Units Cumulated Quarterly

### Covering Every Ohio Published Case On Every Point

For Further Particulars see Published Numbers

# Weekly Publication

Of All Matter for This Digest Will be First Made in The Ohio Law Abstract, Without Charge to Its Subscribers

Price, Current Abstract Digest Service Alone, Per Year, $8.00